Karen A. Confoy
Dominique J. Carroll
**FOX ROTHSCHILD LLP**
Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, NJ  08648
Tel:  (609) 896-3600
Fax:  (609) 896-1469
kconfoy@foxrothschild.com
djcarroll@foxrothschild.com

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| BAUSCH HEALTH IRELAND LIMITED and BAUSCH HEALTH AMERICAS INC., <br><br> Plaintiffs, <br><br> v. <br><br> PERRIGO ISRAEL PHARMACEUTICALS LIMITED and PERRIGO COMPANY PLC, <br><br> Defendants. | Civil Action No. 20-5426 (SRC)(CLW) <br><br> *Document Electronically Filed* <br><br><br> **DECLARATION OF CATHERINE R. GOURASH IN SUPPORT OF DEFENDANTS' MOTION FOR *PRO HAC VICE* ADMISSION** |

I, Catherine R. Gourash, hereby declare as follows:

1.      I am an associate at the law firm of Knobbe, Martens, Olson & Bear, LLP, having offices located at 1717 Pennsylvania Ave. N.W. Ste. 900, Washington D.C. 20006.

2.      I submit this declaration in support of the request of Defendants Perrigo Israel Pharmaceuticals Limited and Perrigo Company plc for the entry of an Order permitting me to appear and participate in the instant matter pursuant to L. Civ. R. 101.1 of the Rules of the United States District Court for the District of New Jersey.

3.      I am an attorney-at-law and a member in good standing of the Bar of the State of Pennsylvania (Admitted: November 19, 2014). The State Bar of Pennsylvania, located at 100

South Street, Harrisburg, Pennsylvania 17101, maintains the roll of attorneys licensed to practice in the State of Pennsylvania.

4. I am an attorney-at-law and a member in good standing of the Bar of the District of Columbia (Admitted: October 17, 2016). The D.C. Bar, located at 901 4th Street, NW, Washington, DC 20001, maintains the roll of attorneys licensed to practice in the District of Columbia.

5. I am not currently suspended or disbarred by any court. No disciplinary proceedings are pending against me, and no discipline has previously been imposed upon me, by any court in any jurisdiction.

6. Pursuant to L. CIV. R. 101(c), I have designated Karen A. Confoy, Esq. of the law firm of Fox Rothschild, LLP, having offices located at 997 Lenox Drive, Lawrenceville, NJ 08648, who is a member in good standing of the Bar of this Court and who maintains an office within this district, as the attorney of record with whom the Court and opposing counsel may readily communicate regarding the conduct of this case.

7. Pursuant to L. CIV. R. 101.1(c)(5), and if admitted to practice before this Court *pro hac vice*, I will abide by the Rules of Disciplinary Procedures of this Court, and I will submit to the jurisdiction of this Court for any disciplinary issues. The law firm of Fox Rothschild LLP has agreed to work as New Jersey local counsel with my firm in connection with this action.

8. If admitted to practice before this Court *pro hac vice*, I agree not to take any fee in any tort case in excess of New Jersey Court Rule 1:21-7, governing contingent fees.

9. If admitted to practice before this Court *pro hac vice*, I agree to make all payments required under L. CIV. R. 101.1, including a payment in the amount of $212.00 to the

New Jersey Lawyers' Fund for Client Protection pursuant to R. 1:28-2(2), and a payment in the amount of $150.00 to the Clerk for the Court of the United States District Court.

10. I am familiar with the Local Rules of the United States District Court for the District of New Jersey, and I will abide by those Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 19, 2020

_____
Catherine R. Gourash

33311062