**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BAUSCH HEALTH IRELAND LIMITED, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>PERRIGO ISRAEL PHARMACEUTICALS LIMITED, et al.,<br><br>　　　　　　　　Defendants. | Civil Action No. 20-5426 (SRC) (CLW)<br>(CONSOLIDATED)<br><br>*Document Electronically Filed*<br><br>**CERTIFICATION OF<br>THOMAS P. STEINDLER<br>IN SUPPORT OF APPLICATION<br>FOR *PRO HAC VICE* ADMISSION** |

I, Thomas P. Steindler, hereby certify as follows:

　　1.　　I am an attorney with the law firm of McDermott Will & Emery LLP, co-counsel for Plaintiffs Bausch Health Ireland Limited, Bausch Health Americas Inc., and Bausch Health US, LLC (collectively, "Plaintiffs") in the above-captioned consolidated action. I am fully familiar with the facts and circumstances surrounding this litigation, and I submit this Certification in support of Plaintiffs' application for my admission *pro hac vice* pursuant to Local Civil Rule 101.1(c).

　　2.　　Attached hereto as Exhibit A is a true and correct table that identifies each bar in which I am a member in good standing, including the year of admission and, to the best of my knowledge, the name and address of the official or office maintaining the roll of such members of its bar.

　　3.　　No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction. I understand my continuing obligation to advise the Court of any disciplinary proceeding that may be instituted against me.

　　4.　　I am ineligible for plenary admission to the bar of this Court under Local Civil Rule 101.1(b).

5.	Pursuant to the rules of this Court, all papers filed on behalf of Plaintiffs in this action will be signed by the firm of Gibbons P.C., attorneys of record for Plaintiffs.

6.	I agree to strictly observe the dates fixed for scheduling conferences, motions, pretrial conferences, trial or any other proceedings. I further agree to submit to the disciplinary jurisdiction of this Court.

7.	Pursuant to Local Civil Rule 101.1(c)(2), I agree to pay the annual fee required by the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2(a).

8.	Pursuant to Local Civil Rule 101.1(c)(3), I agree to make the required payment to the Clerk, United States District Court.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: September 3, 2020

Thomas P. Steindler
**MCDERMOTT WILL & EMERY LLP**
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531
(202) 756-8254
tsteindler@mwe.com

## **EXHIBIT A**

| Bar | Year of Admission | Name and Address of the Official or Office Maintaining the Roll of Members |
|---|---|---|
| District of Columbia | 1986 | The District of Columbia Bar<br>901 4th Street, NW<br>Washington, DC 20001 |
| U.S. Court of Appeals for the Fourth Circuit | 1987 | Clerk of Court<br>U.S. Court of Appeals for the Fourth Circuit<br>1100 E. Main Street, Suite 501<br>Richmond, VA 23219-3517 |
| U.S. Court of Appeals for the Ninth Circuit | 1987 | Clerk of Court<br>U.S. Court of Appeals for the Ninth Circuit<br>P.O. Box 193939<br>San Francisco, CA 94119-3939 |
| U.S. District Court for the District of Columbia | 1987 | Clerk of Court<br>U.S. District Court for the District of Columbia<br>333 Constitution Ave., N.W.<br>Washington, DC 20001 |
| U.S. Court of Appeals for the Eighth Circuit | 1997 | Clerk of Court<br>U.S. Court of Appeals for the Eighth Circuit<br>Thomas F. Eagleton U.S. Courthouse<br>111 South Tenth Street<br>St. Louis, Missouri 63102 |
| U.S. Court of Appeals for the District of Columbia Circuit | 1997 | Clerk of Court<br>U.S. Court of Appeals District of Columbia Circuit<br>333 Constitution Avenue, NW<br>Washington, DC 20001-2866 |
| U.S. Court of Appeals for the Seventh Circuit | 1998 | Clerk of Court<br>U.S. Court of Appeals for the Seventh Circuit<br>219 S. Dearborn Street<br>Chicago, IL 60604 |
| U.S. Court of Appeals for the Sixth Circuit | 1998 | Clerk of Court<br>U.S. Court of Appeals for the Sixth Circuit<br>540 Potter Stewart U.S. Courthouse<br>100 E. Fifth Street<br>Cincinnati, Ohio 45202-3988 |

| U.S. Court of Appeals for the Eleventh Circuit | 1998 | Clerk of Court<br>U.S. Court of Appeals for the Eleventh Circuit<br>56 Forsyth St., N.W.<br>Atlanta, Georgia 30303 |
|---|---|---|
| U.S. Court of Federal Claims | 1999 | Clerk's Office<br>U.S. Court of Federal Claims<br>Howard T. Markey National Courts Building<br>717 Madison Place, NW<br>Washington, DC 20439 |
| U.S. Court of Appeals for the Federal Circuit | 1999 | Clerk, U.S. Court of Appeals for the Federal Circuit<br>717 Madison Place, NW<br>Washington, DC 20439 |
| Supreme Court of the United States | 2000 | Clerk of the Supreme Court of the United States<br>Attn: Admissions Office<br>1 First Street, N. E.<br>Washington, DC 20543-0001 |
| U.S. Court of Appeals for the First Circuit | 2006 | Clerk of Court<br>U.S. Court of Appeals for the First Circuit<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 2500<br>Boston, MA 02210 |
| U.S. District Court for the Eastern District of Texas | 2014 | Clerk of Court<br>William M. Steger Fed. Bldg. and U.S. Courthouse<br>211 West Ferguson Street, Room 106<br>Tyler, Texas 75702 |