Karen A. Confoy
Cali R. Spota
**FOX ROTHSCHILD LLP**
Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, NJ 08648
Tel: (609) 896-3600
Fax: (609) 896-1469
kconfoy@foxrothschild.com
cspota@foxrothschild.com

Attorneys for Defendants
Padagis Israel Pharmaceuticals Ltd and
Padagis US LLC

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BAUSCH HEALTH IRELAND LIMITED, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PADAGIS ISRAEL PHARMACEUTICALS LIMITED, et al., <br><br> Defendants. | Civil Action No. 20-5426 (SRC) (CLW) (CONSOLIDATED) |

### STIPULATION AND ORDER DISMISSING APPEAL

WHEREAS on December 30, 2022, Defendants Padagis Israel Pharmaceuticals Ltd and Padagis US LLC ("Padagis") filed a Notice of Appeal to the United States Court of Appeals for the Federal Circuit (D.I. 249);

WHEREAS Padagis and Plaintiffs Bausch Health Ireland Limited, Bausch Health Americas Inc., Bausch Health US, LLC (collectively "Bausch" or "Plaintiffs") have reached a settlement;

WHEREAS the Federal Circuit has yet to docket Padagis's appeal;

- 1 -

142427469.1

WHEREAS, in view of the parties' settlement, Padagis and Bausch hereby agree that Padagis's appeal should be dismissed pursuant to Federal Rules of Appellate Procedure 42(a) or alternatively Federal Rules of Appellate Procedure 42(b);

WHEREAS, Padagis and Bausch hereby agree that each party shall bear its own costs and fees with respect to this action;

NOW THEREFORE, Padagis's appeal to the United States Court of Appeals for the Federal Circuit is hereby dismissed.

**SO STIPULATED**:

Dated:  February 2, 2023

s/*William P. Deni, Jr.*
William P. Deni, Jr.
J. Brugh Lower
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Tel:  (973) 596-4500
Fax:  (973) 596-0545
wdeni@gibbonslaw.com
jlower@gibbonslaw.com

Thomas P. Steinder (*pro hac vice*)
April Weisbruch (*pro hac vice*)
Christopher M. Bruno (*pro hac vice*)
Joshua Revilla (*pro hac vice*)
Timothy Dunker (*pro hac vice*)
**MCDERMOTT WILL & EMERY LLP**
500 North Capitol Street N.W.
Washington, D.C. 20001
Tel: (202) 756-8000

*Attorney for Plaintiffs*
*Bausch Health Ireland Limited,*
*Bausch Health Americas, Inc.,*
*and Bausch Health US, LLC*

Dated:  February 2, 2023

s/*Karen A. Confoy*
Karen A. Confoy
Cali R. Spota
**FOX ROTHSCHILD LLP**
Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, New Jersey 08648
Tel: (609) 896-3600
Fax: (609) 896-1469
kconfoy@foxrothschild.com
cspota@foxrothschild.com

Joseph M. Reisman (*pro hac vice*)
**KNOBBE, MARTENS, OLSON**
**& BEAR, LLP**
12790 El Camino Real
San Diego, CA 92130
(858) 707-4000

Bill Zimmerman (*pro hac vice*)
Andrea Cheek (*pro hac vice*)
**KNOBBE, MARTENS, OLSON**
**& BEAR, LLP**
1717 Pennsylvania Avenue N.W.
Suite 900
Washington D.C. 20006

142427469.1

(202) 640-6400

Carol Pitzel Cruz (*pro hac vice*)
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
925 Fourth Avenue, Suite 2500
Seattle, WA 98104
(206) 405-2000

Brian C. Barnes (*pro hac vice*)
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main St., 14th Floor
Irvine, CA 92614
(949) 760-0404

*Attorneys for Defendants*
*Padagis Israel Pharmaceuticals*
*Limited and Padagis US LLC*

**SO ORDERED** this ___3rd___ day of February 2023.

s/ Stanley R. Chesler
_____
Hon. Stanley R. Chesler, U.S.D.J.